**Opinion issued February 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00995-CV**

———————————

**IN RE MARCELLE GUIMARAES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Marcelle Guimaraes, seeks a writ of mandamus compelling the trial court to vacate its October 27, 2014 order denying Guimaraes' plea to the jurisdiction.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Marcelle Guimaraes and Christopher Scott Brann and In the Interest of [N.S.B.], a Child*, cause number 2012-53837, pending in the 308th District Court of Harris County, Texas, the Hon. James Lombardino presiding.

We **deny** the petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.